IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TEMPORASAN FALCON, an individual,

    Plaintiff,

v.  No. 2:16-cv-00636 SMV/CG

STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY; JOHN and JANE DOES I-X; BLACK and
WHITE Corporations I-X; ABC PARTNERSHIPS
I-X; and ABC ORGANIZATIONS I-X,

    Defendants.

## STIPULATED MOTION FOR DISMISSAL

The parties, by and through their attorneys, pursuant to F.R.C.P. 41(a)(2), move the Court for an Order dismissing the Plaintiff's claims against the Defendants with prejudice. As grounds therefore, the parties state that all controversies and issues among them have been settled and compromised to their mutual satisfaction and there is no just reason for delay in entry of final Order.

Respectfully Submitted,

GUEBERT BRUCKNER P.C.

By   */s/ David C. Odegard*
      Terry R. Guebert
      David C. Odegard
      P.O. Box 93880
      Albuquerque, NM 87199-3880
      (505) 823-2300
      tguebert@guebertlaw.com
      dodegard@guebertlaw.com
      *Attorneys for Defendant State Farm Mutual*
      *Automobile Insurance Company*

ZEBAS LAW FIRM, L.L.C.

By *Telephonically Approved on January 25, 2017*
 Joseph M. Zebas
 P.O. Box 1675
 Hobbs, NM 88241
 (575) 393-1024
 joe.zebas@zebaslaw.com
 *Attorney for Plaintiff*

This is to certify that on this 25th day of January, 2017, the foregoing Stipulated Motion for Dismissal was filed electronically through the CM/ECF system, which caused the following to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Joseph M. Zebas
Zebas Law Firm, L.L.C.
P.O. Box 1675
Hobbs, NM 88241
(575) 393-1024
joe.zebas@zebaslaw.com
*Attorney for Plaintiff*


*/s/ David C. Odegard*
Terry R. Guebert
David C. Odegard
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

F:\Clients\0102.207bf\Pleadings\Mot.Dismissal.docx/jty