IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TEMPORASAN FALCON, an individual,

    Plaintiff,

v.                                                                                          No. 2:16-cv-00636 SMV/CG

STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY; JOHN and JANE DOES I-X; BLACK and
WHITE Corporations I-X; ABC PARTNERSHIPS
I-X; and ABC ORGANIZATIONS I-X,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Stipulated Motion for Dismissal, to dismiss the Plaintiff's claims against the Defendants with prejudice.

The Court having reviewed said Motion, and being otherwise fully advised in the premises, FINDS that the Motion is well taken and the matter and all claims therein should be dismissed with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint and all causes of action or counts that are or that could have been raised therein against Defendants are dismissed with prejudice. The parties shall bear their own costs.

SO ORDERED this _26th_ day of __January__, 2017.

_____
THE HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

GUEBERT BRUCKNER P.C.

By <u>   */s/ David C. Odegard*   </u>
     Terry R. Guebert
     David C. Odegard
     P.O. Box 93880
     Albuquerque, NM 87199-3880
     (505) 823-2300
     tguebert@guebertlaw.com
     dodegard@guebertlaw.com
     *Attorneys for Defendant State Farm Mutual*
     *Automobile Insurance Company*

ZEBAS LAW FIRM, L.L.C.

By *<u>Telephonically Approved on January 25, 2017</u>*
     Joseph M. Zebas
     P.O. Box 1675
     Hobbs, NM 88241
     (575) 393-1024
     joe.zebas@zebaslaw.com
     *Attorney for Plaintiff*

F:\Clients\0102.207bf\Pleadings\16cv00636_SMV_CG_12_Order_Dismissal.docx/jty